I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY Petitioner
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 8-10-12

DEPUTY CLERK



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 10 2012

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEOBARDO LOPEZ, | Case No. CV 11-2152-JVS (JPR) |
| Petitioner, | |
| vs. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |
| W.J. SULLIVAN, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed de novo the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. Despite Petitioner's having been granted extensions of time to file objections totaling approximately three months, no objections to the Report and Recommendation were filed. The Court accepts the findings and recommendations of the Magistrate Judge, as modified by her June 25, 2012 minute order. IT THEREFORE IS ORDERED that (1) the Petition is denied without leave to amend; (2) Petitioner's requests for an evidentiary hearing and photocopies are denied; and (3) Judgment be entered dismissing this action with prejudice.

DATED: August 9, 2012

JAMES V. SELNA
U.S. DISTRICT JUDGE