JS-6 / ENTERED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEOBARDO LOPEZ, | ) Case No. CV 11-2152-JVS (JPR) |
| Petitioner, | ) |
| vs. | ) **J U D G M E N T** |
| W.J. SULLIVAN, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: August 9, 2012

JAMES V. SELNA
U.S. DISTRICT JUDGE